RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261
Monique_Kirtley@fd.org

Attorney for Salome Rivera-Guzman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-553-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| SALOME RIVERA-GUZMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Salome Rivera-Guzman, that the Preliminary Hearing currently scheduled on Thursday, August 18, 2016 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Undersigned defense counsel was only recently assigned this case and filed her notice of appearance on August 08, 2016.

2. The parties have entered negotiations and need the additional time to resolve this matter.

3. The defendant is detained at Pahrump and defense counsel needs additional time to schedule a visit to meet with the defendant to discuss the details of this case and any proposed plea agreement.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 11th day of August, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Cristina D. Silva*<br>By_____<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALOME RIVERA-GUZMAN,

    Defendant.

Case No. 2:16-mj-553-PAL

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 18, 2016 at the hour of 4:00 p.m., be vacated and continued to October 10, 2016 at the hour of 4:00 p.m.

    DATED this 12th day of August, 2016.

                                                          UNITED STATES MAGISTRATE JUDGE

3